DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NANCY RUTH SPURLOCK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1733

_____

November 7, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Manatee County; Frederick P. Mercurio, Judge.

Nancy Ruth Spurlock, pro se.

PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.